## SAMUEL EGNEW *versus* JOHN ANDERSON AND THOMPSON MAXWELL

JOURNAL ENTRIES (1821): *Journal 3:* (1) Transcript filed, judgment *p. 153.

PAPERS IN FILE: (1) Transcript of county court record; (2) copy of precipe for capias in county court; (3) copy of capias in county court; (4) copy of note in county court; (5) copy of appeal bond; (6) copy of supersedeas in county court; (7) copy of precipe for fi. fa. in county court; (8) copy of writ of fi. fa. in county court; (9) attorney's bill of fees; (10) sheriff's bill of fees; (11) precipe for execution ca. sa.; (12) writ of ca. sa. and receipts.

*1821 Calendar*, MS p. 109. Recorded in *Book A*, MS pp. 4–5.